

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yolver Daryane Gomez Mejia | **Civil Action No.** 26-cv-02285-BJC-BJW |
| **Plaintiff,** | |
| **V.** | |
| Director, Otay Mesa Detention Center; Secretary of the Department of Homeland Security; Director of U.S. Immigration and Customs Enforcement (ICE) | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The petition for a writ of habeas corpus. The government shall immediately release Petitioner under the previously determined conditions. The government is enjoined from re-detaining Petitioner without complying with 8 C.F.R. § 212.5 and due process.

**Date:**        5/22/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Cortez

A. Cortez, Deputy